UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                            CASE NO.  3:06CR73LAC

RICHARD DAVID HUPPER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __October 13, 2006__
Motion/Pleadings: __UNOPPOSED APPLICATION TO EXTEND BOND LIMITS__
Filed by __DEFENDANT__ on __10/13/2006__ Doc.# __20__
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
__x__ Unopposed    _____ Consented

                                         WILLIAM M. McCOOL, CLERK OF COURT

                                         s/Mary Maloy
LC (1 OR 2)                              Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foreground, it is ORDERED this 16th day of October, 2006, that:*

**(a)** *The relief requested is **GRANTED**.*

**(b)** _____

                                         s/ *L.A. Collier*
                                         _____
                                         ***LACEY A. COLLIER***
                                         *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.