IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                             Case No.:    3:06cr73/LAC
                                                     3:09cv330/LAC/EMT

RICHARD DAVID HUPPER
_____/

# **O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 19, 2010 (Doc. 41). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2. The Government's motion to dismiss (Doc. 35) is **DENIED without prejudice**.

       3. This matter is remanded to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 24th day of May, 2010.


                                                         s/*L.A. Collier*
                                                         **LACEY A. COLLIER**
                                                         **SENIOR UNITED STATES DISTRICT JUDGE**