IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos. 3:06cr73/LAC
 3:09cv330/LAC/EMT

RICHARD DAVID HUPPER
_____/

# O R D E R

This cause is before the court upon the Government's response (Doc. 53) to Defendant's amended motion to vacate, set aside, or correct sentence (Doc. 33). Before the court rules on this matter, Defendant shall file a reply.

In his amended motion to vacate, Defendant indicates that he has a *future* sentence of forty-six months to serve (which was imposed in the U.S. District Court for the Southern District of Florida) after he completes the sentence imposed by the judgment under attack in the instant criminal matter (Doc. 33 at 4–5). The Government states in its response that Defendant was sentenced to forty-six months imprisonment, to run *concurrently* with the sentence imposed by the district court in this case (Doc. 53 at 13, n.3). Additionally, in his "request for determination" filed June 29, 2010, Defendant asserts that he will be "eligible for release within the next 10 days should he receive a favorable ruling from the court" (Doc. 44 at 1). In filing his reply, Defendant shall provide a full explanation for the basis for his apparent assertion that, if afforded relief in this case, he would be eligible for immediate release.

Accordingly, it is **ORDERED**:

Defendant shall have **TWENTY(20) DAYS** from the date this order is entered on the docket in which to file a reply to the Government's response.

**DONE AND ORDERED** this 27th day of August 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**