IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                             Case Nos. 3:06cr73/LAC
                                                                           3:09cv330/LAC/EMT

RICHARD DAVID HUPPER

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 14, 2011 (Doc. 71). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted. It is noted that the record does not appear to affirmatively provide direct evidence showing that Petitioner was aware at the time of the offense(s) that the fake identification he procured was that of a real person. Nonetheless, when one is trying to establish actual innocence to excuse a procedural default under federal habeas review, the level of proof is exceedingly high. As the Magistrate Judge stated, the Petitioner must establish, as a *factual* matter, that he is actually innocent of the crime, not simply that there might have been some legal insufficiency in the government's case. *See Bousley v. United States*, 523 U.S. 614, 623-24, 118 S.Ct. 1604, 1611-12 (1998); *Johnson v. Alabama*, 256 F.3d 1156, 1171-72 (11th Cir. 2001). Petitioner has failed to meet this standard.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The amended motion to vacate, set aside, or correct sentence (Doc. 33) is **DENIED**.

**ORDERED** on this 7th day of February, 2011.

                                                s/ *L.A. Collier*
                                                Lacey A. Collier
                                      Senior United States District Judge